Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
Fax: 888/210-8868

Attorneys for Plaintiff CRAIG YATES

ROBERT F. KANE, ESQ., No. 71407
rkane1089@aol.com
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510
(415) 982-5821 (fax)

Attorneys for Defendants 22ND & YORK LLC & HANI KAILEH

LAWRENCE FASANO, JR., ESQ., No. 80017
lfasano130@aol.com
FASANO LAW OFFICE
720 Market Street, Penthouse Suite
San Francisco, CA 94102-2500
Tel: (415) 956-8800
Fax: (415) 956-8811

Attorneys for Defendant OLAVO DOURADO dba Mr. Pizza Man

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff,

v.

22ND & YORK LLC; MR. PIZZA MAN; OLAVO DOURADO; HANI KAILEH; and DOES 1 through 50, Inclusive,

    Defendants.

CASE NO. 3:10-cv-05041-JL
Civil Rights

STIPULATION TO AMEND CONSENT DECREE AND ORDER

---

1
STIPULATION TO AMEND CONSENT DECREE AND ORDER

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

WHEREAS, the parties have entered into a Consent Decree which was made an Order of this Court on May 27, 2011 ("Consent Decree");

NOW therefore, it is agreed as follows:

1. Paragraph 9(a) of the Consent Decree is deleted in its entirety and replaced with the following: "Provide a power door operation for the front door."

2. All other terms and conditions of the Consent Decree shall remain in full force and effect.

Dated: January 4, 2012

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.

s/Authorized Signature
Attorneys for Plaintiff
CRAIG YATES

Dated:

LAW OFFICES OF ROBERT F. KANE
ROBERT F. KANE, ESQ.

______________________
Attorneys for Defendants
22ND & YORK LLC and HANI KAILEH

Dated:

LAWRENCE FASANO, JR., ESQ.
FASANO LAW OFFICE

______________________
Attorneys for Defendants
OLAVO DOURADO dba MR. PIZZA MAN

**ORDER**

**IT IS SO ORDERED.**

Date: ____________________

______________________
JUDGE, U.S. DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

WHEREAS, the parties have entered into a Consent Decree which was made an Order of this Court on May 27, 2011 ("Consent Decree");

NOW therefore, it is agreed as follows:

1. Paragraph 9(a) of the Consent Decree is deleted in its entirety and replaced with the following: "Provide a power door operation for the front door."

2. All other terms and conditions of the Consent Decree shall remain in full force and effect.

Dated:

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.

Attorneys for Plaintiff
CRAIG YATES

Dated: 1/3/12

LAW OFFICES OF ROBERT F. KANE
ROBERT F. KANE, ESQ.

Attorneys for Defendants
22ND & YORK LLC and HANI KAILEH

Dated: 12/30/2011

LAWRENCE FASANO, JR., ESQ.
FASANO LAW OFFICE

Attorneys for Defendants
OLAVO DOURADO dba MR. PIZZA MAN

ORDER

IT IS SO ORDERED AS MODIFIED.

Date: 1-5-2012

NATHANAEL M. COUSINS
U.S. MAGISTRATE JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

2
STIPULATION TO AMEND CONSENT DECREE AND ORDER