# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff,<br><br>   v.<br><br>22ND & YORK, LLC, and others,<br><br>        Defendants. | Case No. 10-cv-05041 NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this case alleging violations of the Americans with Disabilities Act on November 8, 2010. Dkt. No. 1. The parties entered into a consent decree on May 27, 2011, which was later amended on January 5, 2012. Dkt. Nos. 19, 22. No other activity has occurred in the case since entry of the amended consent decree. Therefore, plaintiff is ordered to show cause, within 28 days of this order, as to why his case should not be dismissed.

    IT IS SO ORDERED.

    Date: June 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge