**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
Fax: 888/210-8868

Attorneys for Plaintiff CRAIG YATES

ROBERT F. KANE, ESQ., No. 71407
rkane1089@aol.com
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510
(415) 982-5821 (fax)

Attorneys for Defendants 22ND & YORK LLC & HANI KAILEH

LAWRENCE FASANO, JR., ESQ., #80017
lfasano130@aol.com
FASANO LAW OFFICE
720 Market Street, Penthouse Suite
San Francisco, CA 94102-2500
Tel: (415) 956-8800
Fax: (415) 956-8811

Attorneys for Defendant OLAVO DOURADO dba Mr. Pizza Man

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>22ND & YORK LLC; MR. PIZZA MAN; OLAVO DOURADO; HANI KAILEH; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. 3:10-cv-05041-JL<br>Civil Rights<br><br>(~~PROPOSED~~)<br>**ORDER GRANTING CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE** |

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the hearing on the order to show cause is continued from September 24, 2014 to _____December 22_____, 2014., at 1:00 PM. Joint status report due December 15.

Dated: September 23, 2014            _____
                                     DISTRICT COURT JUDGE



GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA