Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>            Plaintiff,<br><br>v.<br><br>22ND & YORK LLC; MR. PIZZA MAN; OLAVO DOURADO; HANI KAILEH; and DOES 1 through 50, Inclusive,<br><br>            Defendants.          / | CASE NO. 3:10-cv-05041-NC<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST AND [Proposed] ORDER TO TERMINATE CONTINUING JURISDICTION** |

**TO THE COURT:**

Plaintiff is pleased to report that a cooperative site inspection has now been held, which was attended by the defendants, their counsel, their general contractor, plaintiff's counsel, and plaintiff's access consultant Barry Atwood. The purpose was to inspect the work performed by the defense to comply with the Consent Decree of May 27, 2011 (ECF 19). Thereafter the parties exchanged further correspondence and photographs of subsequent work. Plaintiff is now satisfied that the defense is in full compliance with the Consent Decree of May 27, 2011, and therefore requests that the Court terminate its

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Request and Proposed Order Re Continuing Jurisdiction:**
**Case No. 3:10-cv-05041-NC**

1  continuing jurisdiction to enforce.

3  Dated: January 13, 2015          TIMOTHY S. THIMESCH
                                    THIMESCH LAW OFFICE

5  _____
6  Attorneys for Plaintiff
   CRAIG YATES

10                                  **ORDER**

11      SO ORDERED. _____

12  _____

13  _____

14  _____.

16  Dated:  _____January 14, 2015_____

**GRANTED**
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Request and ~~Proposed~~ Order Re Continuing Jurisdiction:**
**Case No. 3:10-cv-05041-NC**                                — 2 —